UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:24-cv-09818-AH-(Ex) | Date July 8, 2025 |
| Title | *Rudolph Zahler v. Stephen Howe et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

This action was filed over 90 days ago, and the docket does not show that service of the summons and complaint has been made as required by Fed. R. Civ. P. 4(m) as to Defendants YES, Jon Davison, and Stephen Howe.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed without prejudice as to those Defendants.  Plaintiff shall file a written response to this Order to Show Cause within **fourteen (14) days**.

In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing appropriate proofs of service.

Failure to file a timely and satisfactory response may result in the dismissal of this action for lack of prosecution as to Defendants YES, John Davison, and Stephen Howe.

**IT IS SO ORDERED.**