**LARRY J. CALDWELL, SBN 88867**
**CALDWELL LAW FIRM**
Larry.caldwell@caldwellfirm.net
401 Wilshire Boulevard, Twelfth Floor
Santa Monica, CA  90401
Telephone: (310)689-9769

Attorneys for Plaintiff
Rudolph Zahler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ZAHLER, PKA RIZ STORY<br><br>             Plaintiff,<br><br>   vs.<br><br>STEPHEN HOWE; "YES," A BUSINESS ENTITY, CORPORATE FORM AND RESIDENCE UNKNOWN; JON DAVISON; SONY MUSIC ENTERTAINMENT, A DELAWARE GENRAL PARTNERSHIP | CASE NO.:  2:24-cv-09818-AH-Ex<br><br>**ORDER ON EX PARTE APPLICATION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT ON STEPHEN HOWE BY SUBSTITUTED SERVICE AND ADDITIONAL TIME TO SERVE DEFNEDANT JON DAVISON  [50]**<br><br>**[proposed] ORDER submitted** |

1

ORDER ON  EX PARTE APPLICATION FOR LEAVER TO SERVE BYSUBTITUTED SERVICE

Plaintiff, Rudolph Zahler's ex parte application was considered by the Court. Good cause appearing, the Court rules as follows on it:

1. Mr. Zahler is granted leave to serve defendant Stephen Howe by California-style substituted service, even though he resides in the United Kingdom;
2. Mr. Zahler is granted an additional 60 day to serve defendant Jon Davison, and Mr. Zahler is granted leave to serve Mr. Davison either by California-style substituted service, or by email addressed to the email that Mr. Davison has been sending emails to Mr. Zahler and his attorney from.
3. Defendant "YES" is dismissed without prejudice.

IT IS SO ORDERED.

Dated: AUGUST 13, 2025



_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE