# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ZAHLER, PKA RIZ STORY<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN HOWE; "YES," A BUSINESS ENTITY, CORPORATE FORM AND RESIDENCE UNKNOWN; JON DAVISON; SONY MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP | CASE NO.: 2:24-cv-09818-AH-Ex<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE   [53]** |

1

2   Plaintiff Rudolph Zahler and Defendant Sony Music Entertainment, a

3 Delaware General Partners have stipulated to a request for the Court to continue

4 the Scheduling Conference for sixty days to give more time for service of the

5 Summons and Second Amended Complaint on defendant Stephen howe.

   Good cause appearing, the Court orders as follows:

6

   The Scheduling Conference is continued to **October 30, 2025, at 9:00 a.m.**

7 **in Courtroom 9C.**

8   IT IS SO ORDERED.

9

10

11   Dated: AUGUST 13, 2025         

12                                  HONORABLE ANNE HWANG

13                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER CONTINUING SCHEDULING CONFERENCE