LARRY J. CALDWELL, SBN 88867
CALDWELL LAW FIRM
larry.caldwell@caldwellfirm.net
1223 Wilshire Boulevard, #517
Santa Monica, CA 90403
Telephone: (310)689-9769

Attorneys for Plaintiff
Rudolph Zahler

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ZAHLER,<br>PKA RIZ STORY<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN HOWE; "YES," A BUSINESS ENTITY, CORPORATE FORM AND RESIDENCE UNKNOWN; JON DAVISON; SONY MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP | CASE NO.: 2:24-cv-09818-AH-E<br><br>STATUS REPORT IN RESPONSE TO THE COURT' ORDER ENTERED SEPTEMBER 5, 2025 [DKT. #61]; DECLARATION OF LARRY J. CALDWELL; EXHIBIT |

Plaintiff Rudolph Zahler provides the following status report on efforts to serve defendant John Davison aka Jon Davison.

Plaintiff retained the private investigating company he used to locate a mailing address for Stephen Howe, CCS Nationwide Ltd. CCS found a mailing address for Mr. Davison. Plaintiff has determined that his real name is "John" even though he goes by "Jon" professionally. Plaintiff is confident we located the right John Davison, because he has a connection to Laguna Beach, California, where Mr. Davison lived with Plaintiff first met

1

STATUS REPORT RE: SERVICE OF JOHN DAVISON

him.

Attached as EXHIBIT 1 to the Declaration of Larry J. Caldwell is CCS's trace report for Mr. Davison.

Based on this new information, Plaintiff requests leave to serve Mr. Davison by international mail, return receipt requested.

Meanwhile, Plaintiff has already served Mr. Howe by mail, as authorized by the court. The service package was mailed on September 5, 2025, and it was delivered to Mr. Howe on September 13, 2025.

Dated:   September 19, 2025.        s/ Larry J. Caldwell

                                                                    _____

                                                                    LARRY J. CALDWELL,

                                                                    Attorney for Plaintiff Rudolph Zahler

**DECLARATION OF LARRY J. CALDWELL**

I, Larry J. Caldwell, declare:

1. I am an attorney licensed to practice law in California and the Central District of California since 1979.
2. I have personal knowledge of the following facts.
3. In response to the Court's Order dated September 5, 2025 [dkt #61], I retained the services of CCS Nationwide Ltd. to locate a mailing address for John Davison aka John Davison. I chose CCS because of their success in locating defendant Stephen Howe.
4. On September 17, 2025, CCS sent me a trace report on John Davison, which I am attaching as Exhibit 1.
5. Based on the trace report, I request that the Court authorize Plaintiff to serve Mr. Davison by international mail, return receipt requested.

I declare under penalty of perjury, under the laws of the United States, the foregoing is true and correct, and that I executed this Declaration on September 19, 2025, in Santa Monica, California.

                                                         s/ Larry J. Caldwell

2

STATUS REPORT RE: SERVICE OF JOHN DAVISON

# EXHIBIT 1

**Private and Confidential**

| | |
|---|---|
| **Date:** | 17 Sep 2025 |
| **Our ref:** | T106616 |
| **Your ref:** | |

CCS Nationwide Ltd

Fairgate House
205 Kings Road
Tyseley
Birmingham
B11 2AA



Tel: (+44) 121 449 3045
Fax: (+44) 121 442 5340
Email: info@ccsnationwide.co.uk
Website: www.ccsnationwide.com

   

**F.A.O.**     Larry Caldwell

Larry Caldwell
903 7th Street
Santa Monica, CA.

90403

## TRACE REPORT

*Please note this report is supplied for the sole use of the recipient only. All information relating to the report will be destroyed after a period of 28 days.*

**INFORMATION PROVIDED:**

**Name:**     John  Davison

**Date of Birth:**     15 Jan 1971

**Last Known Address(es):**

**TRACE RESULT**

Under the Premium flash service, our enquiries demonstrate that your subject is currently resident at: -

Flat 19 Sandown House
1 High St
Esher
Surrey
KT10 9SL

**ADDITIONAL INFORMATION:**

We can confirm that John Davison aka Jon Davison DOB 16/1/71 place of residence in the UK is the above address. The subject is American & has links to Laguna Beach, California. His wife is Emily Jane Davison DOB 18/5/70 formerly Emily Jane Lodge who is the daughter of The Moody Blues band member John Lodge DOB 20/7/43. The subject & his wife are known to spend time at John Lodge's property at TUDOR LODGE, FAIRMILE PARK ROAD, COBHAM, SURREY, KT11 2PL. The subject tours with John Lodge & they have been touring the USA extensively this year. A possible mobile number for the subject & his wife is 07710380876. Confirmed by various enquiries made.

Company Registration No. 09636607
ICO No. ZA129788

We have Agents available in the area should you require documents to be served or further enquiries to be made.

We hope that the above information is of assistance.

We would be grateful if you would please quote our references, as noted above, on all correspondence.

Yours sincerely,

CCS Nationwide Ltd

*This report is only valid for 28 days. Any queries with the information provided must be raised within this timeframe. Issues raised thereafter cannot be accepted and any charges raised will not be refunded or credited.*

Company Registration No. 09636607
ICO No. ZA129788

# PROOF OF SERVICE

On September 19, 2025, I served the

**STATUS REPORT IN RESPONSE TO THE COURT' ORDER ENTERED SEPTEMBER 5, 2025 [DKT. #61]; DECLARATION OF LARRY J. CALDWELL; EXHIBIT**

On counsel for defendant Sony Music Entertainment through ECF.

zI declare under penalty of perjury that the foregoing is true and correct, and that I executed this on September 19, 2025, in Santa Monica, California.

s/ Larry J. Caldwell