**LARRY J. CALDWELL, SBN 88867**
**CALDWELL LAW FIRM**
Larry.caldwell@caldwellfirm.net
1223 Wilshire Boulevard, #517
Santa Monica, CA  90403
Telephone: (310)689-9769

Attorneys for Plaintiff
Rudolph Zahler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ZAHLER, PKA RIZ STORY<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN HOWE; "YES," A BUSINESS ENTITY, CORPORATE FORM AND RESIDENCE UNKNOWN; JON DAVISON; SONY MUSIC ENTERTAINMENT, A DELAWARE GENRAL PARTNERSHIP | **CASE NO.: 2:24-cv-09818-AH-E**<br><br>STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE<br><br>[proposed] ORDER submitted. |

1

      Plaintiff Rudolph Zahler and Defendants Sony Music Entertainment, a Delaware General Partnership, and Stephen Howe present the following stipulation and accompanying proposed order to the court:

      1. Mr. Zahler and Sony request that the Court continue the Scheduling Conference, set for October 30, 2025, sixty days.

      2. The purpose of the continuance is so that the Scheduling Conference can be held after the case is at issue against defendant Stephen Howe. He was served on September, and the parties have stipulated that he will have until November 5, 2025 to file a response to the Second Amended Complaint.

      3. The parties believe the continuance will facilitate a more efficient and productive Scheduling Conference.

      4. It is so stipulated.

Dated: October 15, 2025        s/ Larry J. Caldwell

                                        LARRY J. CALDWELL,
                                        Attorney for Plaintiff Rudolph Zahler

Dated: October 15, 2025        s/ Matthew Swanlund

                                        MATTHEW SWANLUND
                                        Attorneys for Sony Music Entertainment,
                                        a Delaware General Partnership, and
                                        Stephen Howe