UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-09818-AH-E | Date November 24, 2025 |
| Title *Rudolph Zahler v. Stephen Howe et al.* | |

Present: The Honorable Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE RULE 26(F) REPORT

The Court issued an order requiring the parties to submit a Joint Rule 26(f) Report at least 14 days before the Scheduling Conference, currently set for December 4, 2025. *See* Order Setting Scheduling Conference § B, Dkt. No. 38; Order on Stipulation to Continue Scheduling Conference, Dkt. No. 65. To date, no report has been filed.

The Court continues the Scheduling Conference to January 15, 2026, at 9:00 a.m. The Parties are ordered to show cause why sanctions should not be imposed for failure to comply with the Court's Order Setting Scheduling Conference. The Parties shall respond in writing by no later than January 1, 2026. In lieu of filing a response, the order to show cause will discharge upon the filing of a Joint Rule 26(f) Report.

Failure to comply with this Order or the Order Setting Scheduling Conference may result in dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**