**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RUDOLPH ZAHLER,
PKA RIZ STORY

Plaintiff,

vs.

STEPHEN HOWE; "YES," A BUSINESS ENTITY, CORPORATE FORM AND RESIDENCE UNKNOWN; JON DAVISON; SONY MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP

**CASE NO.: 2:24-cv-09818-AH-Ex**

**ORDER DENYING EX PARTE APPLICATION TO DEPOSIT FUNDS (Dkt. No. 77)**

The Court hereby DENIES the Ex Parte Application to Deposit Funds. Dkt. No. 77.

The Ex Parte Application references a Notice of Sale and Assignment filed by nonparty Matthew Green. Dkt. No. 74. That notice only references acquiring the rights to the contingency fees in this action that were owed to Plaintiff's counsel. *Id*. at 2. It does not purport to apply to any settlement funds owed to Plaintiff. Plaintiff here has

not established why any attorney's fees, or even the full settlement amount, cannot be deposited into a third-party escrow account, or why any dispute over a non-party's entitlement to the attorney's fees should be heard by this Court. Accordingly, the Court declines to exercise its discretion to allow leave to deposit. *See, e.g., West American Ins. Co. v. Hernandez*, 473 Fed. Appx. 574 (9th Cir. 2012) (finding no abuse of discretion in denying motion under Federal Rule of Civil Procedure 67, where the claim was not litigated as part of the underlying judgment).

IT IS SO ORDERED.

Dated: OCTOBER 14, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE