UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.98
10/15/2026 ZIP 90012
043M31268156
US POSTAGE

RETURN TO SENDER

Case: 2:24cv9818 Doc: 78

Jon Davison
c o Rudolf Zahler - Caldwell Law Firm
401 Wilshire Boulevard
Santa Monica, CA 90401

ANK

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 29 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2:24-cv-09818-AH

FILED
CLERK, U.S. DISTRICT COURT
11/16/26
CENTRAL DISTRICT OF CALIFORNIA
BY: AKT DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Jon Davison
c o Rudolf Zahler - Caldwell Law Firm
401 Wilshire Boulevard
Santa Monica CA 90401
US, Matthew Green
10940 Wilshire Boulevard Ste 1600
Los Angeles CA 90024
US
--Case Participants: Larry J Caldwell (caldwelltriallawyers@gmail.com, larry.caldwell@caldwellfirm.net, larrycaldwellmusic@gmail.com), Matthew Swanlund (matthew@aestheticlegal.com), Sony Music Entertainment (matthew@aestheticlegal.com), Magistrate Judge Charles F. Eick (crd_eick@cacd.uscourts.gov), Judge Anne Hwang (crd_hwang@cacd.uscourts.gov)
--Non Case Participants: Fiscal Clerk (fiscalcm@cacd.uscourts.gov)
--No Notice Sent:
Message-Id:<43814253@cacd.uscourts.gov>Subject:Activity in Case 2:24-cv-09818-AH-E Rudolph Zahler v. Stephen Howe et al Order on Motion to Deposit Funds Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 10/15/2026 at 10:18 AM PDT and filed on 10/14/2026

| | |
|---|---|
| **Case Name:** | Rudolph Zahler v. Stephen Howe et al |
| **Case Number:** | 2:24-cv-09818-AH-E |
| **Filer:** | |
| **Document Number:** | 78 |

**Docket Text:**
**ORDER DENYING Ex Parte Application to Deposit Funds (Dkt. No. [77]) by Judge Anne Hwang. See document for further information. (jp)**

**2:24-cv-09818-AH-E Notice has been electronically mailed to:**
Larry J Caldwell larrycaldwellmusic@gmail.com, caldwelltriallawyers@gmail.com, larry.caldwell@caldwellfirm.net
Matthew Swanlund matthew@aestheticlegal.com